**CALIFORNIA MEN'S COLONY STATE PRISON**
**P.O. BOX 8101**
**SAN LUIS OBISPO, CA  93409-8101**

Name: _Jimmie Stephen_

CDCR #: _C56483_ Cell #: _A-1149_

# STATE PRISON
# GENERATED MAIL

FSP41-0077-1

CALIFORNIA MEN'S COLONY
STATE PRISON
SAN LUIS OBISPO CA 93409

LEGAL



02  1M
0004247478      DEC 14
MAILED FROM ZIP CODE 93

$ 00.4

United States District Cour
450 Golden Gate Av
San Francisco, California 9
3

94102+3401  C004      lllulululllhuuldullulullluuulllhuuullhlH