UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

JW
(PR)

Dear Sir or Madam:

Your complaint has been filed as civil case number **07 6379**.

✓ A filing fee of $350.00 is now due. If you are unable to pay the entire filing fee at this time, you must sign and complete this court's Prisoner's In Forma Pauperis Application in its entirety. If the application is granted, you will not have to prepay the fee, but it will be taken out of income to your prisoner account in installments.

Your complaint is deficient because you did not pay the filing fee and:

1. \_\_\_\_ you did not file an In Forma Pauperis Application.

2. ✓ the In Forma Pauperis Application you submitted is insufficient because:

   \_\_\_\_ You did not use the correct form. You must submit this court's current Prisoner's In Forma Pauperis Application.

   \_\_\_\_ Your In Forma Pauperis Application was not completed in its entirety.

   \_\_\_\_ You did not sign your In Forma Pauperis Application.

   ✓ You did not submit a Certificate of Funds in Prisoner's Account completed and signed by an authorized officer at the prison.

   ✓ You did not attach a copy of your prisoner trust account statement showing transactions for the last six months.

   \_\_\_\_ Other _____

Enclosed you will find this court's current Prisoner's In Forma Pauperis Application, which includes a Certificate of Funds in Prisoner's Account form, and a return envelope for your convenience.

**Warning: YOU MUST RESPOND TO THIS NOTICE. If you do not respond within THIRTY DAYS from the filing date stamped above, your action will be DISMISSED, the file closed and the entire filing fee will become due immediately. Filing a prisoner's In Forma Pauperis Application will allow the court to determine whether installment payment of the filing fee should be allowed.**

Sincerely,
RICHARD W. WIEKING, Clerk,

By_____
Deputy Clerk

rev. 10/25/07

*STEPHEN*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

JIMMIE Stephen C3483
M. Belton
PRISONER/PLAINTIFF,

v.

WARDEN "HERNANDEZ" DEFENDANT(S).

CASE NUMBER

REQUEST TO PROCEED WITHOUT PREPAYMENT OF FILING FEES WITH DECLARATION IN SUPPORT **(PR)**

I, __JIMMIE Stephen__, declare under penalty of perjury, that the following is true and correct; that I am the prisoner-plaintiff in the above entitled case; that in support of my request to proceed without prepayment of fees under 28 U.S.C. Section 1915, I declare that because of my poverty I am unable to pay the full costs of said proceedings or to give security therefore and that I am entitled to redress.

I further declare under penalty of perjury that the responses which I have made to the questions and instructions below are true, correct and complete.

1. Are you presently employed in prison? ☐Yes ☒No
   a. If the answer is yes, state the number of hours you work per week and the hourly rate of pay: _____

   b. State the place of your incarceration __CMC - P.O. Box 8101 - San Luis Obispo CA__
   Have the institution fill out the Certificate portion of this application and attach a certified copy of your prison trust account statement showing transactions for the past six months.

2. Have you received, *within the past twelve months*, any money from any of the following sources?
   a. Business, profession or form of self-employment? ☐Yes ☒No
   b. Rent payments, interest or dividends? ☐Yes ☒No
   c. Pensions, annuities or life insurance payments? ☐Yes ☒No
   d. Gifts or inheritances? ☐Yes ☒No
   e. Any other income (other than listed above)? ☐Yes ☒No
   f. Loans? ☐Yes ☒No

If the answer to any of the above is yes, describe such source of money and state the amount received from each source during the past twelve (12) months: _____

REQUEST TO PROCEED WITHOUT PREPAYMENT OF FILING FEES WITH DECLARATION IN SUPPORT    Page 1 of 3

CV-60P (04/06)

3. Do you own any cash, or do you have money in a checking or savings account? (Include any funds in prison accounts, if applicable.) ☐ Yes ☒ No

   If the answer is yes, identify each account and separately state the amount of money held in each account for each of the *six (6) months prior* to the date of this declaration.

   _____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☒ No

   If the answer is yes, describe the property and state it approximate value: _____

   _____

5. In what year did you last file an Income Tax Return? __1971__

   Approximately how much income did your last tax return reflect? _____

6. List the persons who are dependent upon your for support, state your relationship to those persons, and indicate how much you contribute toward their support: __None__

   _____

I understand that a false statement or answer to any question in this declaration will subject me to penalties for perjury. I further understand that perjury is punishable by a term of imprisonment of up to five (5) years and/or a fine of $250,000 (18 U.S.C. Sections 1621, 3571).

__California__  /  __San Luis Obispo__
State                County (or City)

I, __Jimmie Stephen__, declare under penalty of perjury that the foregoing is true and correct.

__12-11-07__          __Jimmie Stephen__
Date                  Prisoner/Plaintiff (Signature)

## PRISONER AUTHORIZATION

If my request to proceed without prepayment of filing fees is granted, I understand that I am required by statue to pay the full amount of the filing fees for this case, regardless of my forma pauperis status and the disposition of this case. I further authorize the prison officials at this institution to assess, collect and forward to the Court the full amount of these fees, in monthly payments based on the average of deposits to or balance in my prison trust account in accordance with 28 U.S.C. Section 1915.

_____
Prisoner-Plaintiff (Signature)

## CERTIFICATE OF AUTHORIZED OFFICER

I hereby certify that the Prisoner-Plaintiff herein has credit in the sum of $ ___0___ on account at the __CALIFORNIA MEN'S COLONY__ institution where Prisoner-Plaintiff is confined.

I further certify that during the past six months the applicant's average monthly balance was $_____. I further certify that during the past six months the average of monthly deposits to the applicant's account was$_____.

A certified copy of the prisoner-plaintiff's trust account statement for the last six (6) months is attached.

Dec. 13, 2007            Karen Mock    Acct. Tech.
Date                     Authorized Officer of Institution (Signature)

# INMATE REQUEST FOR
# CERTIFIED STATEMENT OF TRUST ACCOUNT

I, __Jimmie Stephen__, __C56483__, __A-1/49__
   Name:                        CDC #:          Housing Unit

am seeking to bring a civil action or appeal a judgment in
__U.S. Dist. Northern__ without prepayment of fees
Title of the Court: (i.e. U. S. District Court)
(In Forma Pauperis) pursuant to 28 U.S.C. 1915(a)(2).

Enter the caption for the legal action:

__Jimmie Stephen__         v.    __Kenmikl__
Plaintiff:                      Defendant:

Address of the Court:  __U.S. District Court-N__
__450 Golden Gate Av__
__San Francisco, California 94102-3483__

In order to proceed, a certified copy of my Trust Fund Account must be submitted to the court of jurisdiction. I understand that CDC regulations and the court require that the certified copy be submitted directly to the Court from the Institution's Accounting office. I request a statment be sent to the court.

__/s/ Jimmie Stephen__
Inmate Signature:

---

This form must be submitted to the Central Librarian who will log the request in and forward the form to the Accounting office at the institution for processing.

The Inmate Request For Certified Statement Of Trust Account was received in the Central Library on, _____,
                                                   Date:
by _____
   Name of Librarian who logged request

---

A Certified Statement Of Trust Account for a six month period from __June 1, 2007__ through __Dec. 13, 2007__ for the above
     Date:                     Date:
identified inmate was processed through the Accounting Office at the ~~Richard J. Donovan Correctional Facility~~ C.M.C. State Prison on, __Dec. 13, 2007__, by __Karen Mock__
    Date:                Name of person processing

I, __Karen Mock__ declare that on, __12-13-2007__, I
   Name of person processing              Date:
deposited the Certified Statement of Trust Account in the United States Postal Service addressed as follows.

Signed: __Karen L. Mock - Acct Tech.__
        Signature of employee mailing statement

CALIFORNIA DEPARTMENT OF CORRECTIONS
CALIFORNIA MENS COLONY
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: JUN. 01, 2007 THRU DEC. 13, 2007

ACCOUNT NUMBER : C56483
ACCOUNT NAME   : STEPHEN, JIMMIE EARL
PRIVILEGE GROUP: B

BED/CELL NUMBER: EFAQB1F100001149X
ACCOUNT TYPE: I

TRUST ACCOUNT ACTIVITY

<< NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

CURRENT HOLDS IN EFFECT

| DATE PLACED | HOLD CODE | DESCRIPTION | COMMENT | HOLD AMOUNT |
|---|---|---|---|---|
| 04/17/2007 | H106 | UNITED PARCEL SERVICE HOLD | 4498/501 | 3.07 |

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 3.07 | 0.00 |

CURRENT AVAILABLE BALANCE

3.07-

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST: 12-13-2007
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY Karen Mock acct. tech.
TRUST OFFICE

CALIFORNIA DEPARTMENT OF CORRECTIONS
CALIFORNIA MENS COLONY
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: JUN. 01, 2007 THRU DEC. 13, 2007

TOTAL NUMBER OF STATEMENTS PRINTED:        1

TOTAL CURRENT BALANCE FOR ALL THE STATEMENTS:   0.00

REPORT ID: TS3030   REPORT DATE: 12/13/07
CALIFORNIA DEPARTMENT OF CORRECTIONS
CALIFORNIA MENS COLONY
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: JUN. 01, 2007 THRU DEC. 13, 2007

TOTAL NUMBER OF STATEMENTS PRINTED:        1

TOTAL CURRENT BALANCE FOR ALL THE STATEMENTS:   0.00

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

JW
(PR)

Dear Sir or Madam:

Your complaint has been filed as civil case number 07 6379

√ A filing fee of $350.00 is now due. If you are unable to pay the entire filing fee at this time, you must sign and complete this court's Prisoner's In Forma Pauperis Application in its entirety. If the application is granted, you will not have to prepay the fee, but it will be taken out of income to your prisoner account in installments.

Your complaint is deficient because you did not pay the filing fee and:

1. _____ you did not file an In Forma Pauperis Application.

2. √ the In Forma Pauperis Application you submitted is insufficient because:

   _____ You did not use the correct form. You must submit this court's current Prisoner's In Forma Pauperis Application.

   _____ Your In Forma Pauperis Application was not completed in its entirety.

   _____ You did not sign your In Forma Pauperis Application.

   √ You did not submit a Certificate of Funds in Prisoner's Account completed and signed by an authorized officer at the prison.

   √ You did not attach a copy of your prisoner trust account statement showing transactions for the last six months.

   _____ Other _____

Enclosed you will find this court's current Prisoner's In Forma Pauperis Application, which includes a Certificate of Funds in Prisoner's Account form, and a return envelope for your convenience.

**Warning: YOU MUST RESPOND TO THIS NOTICE. If you do not respond within THIRTY DAYS from the filing date stamped above, your action will be DISMISSED, the file closed and the entire filing fee will become due immediately. Filing a prisoner's In Forma Pauperis Application will allow the court to determine whether installment payment of the filing fee should be allowed.**

Sincerely,
RICHARD W. WIEKING, Clerk,

By _____
Deputy Clerk

rev. 10/25/07

STEPHEN