1  JIMMIE STEPHEN
   #C-50483 / A-1149
2  PO BOX 8101
   SAN LUIS OBISPO, CA 93409-0001

FILED
08 JAN -2 PM 3:45
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Court of United States District
State of California - Northern

CASE # CV-07-6379
JW-P.R.

Jimmie Stephen - M. "Belton"
    Plaintiffs

    v

Warden R. "Hernandez"
et al Defendants

Motion to "Transfer"
"Venue"
"28. USCA. 1404-A"..
"Interest" of Justice
to "USDC-Northern"..

Plaintiff Stephen, Belton Hereby Request this Court "Transfer" Venue if applicable to U.S. District Court - Northern" Place of filing complaint in CV-07 6379-JW.. "Filed" 12-17-07.. In the "Interest" of Justice in this matter based upon "Relevant Factors" under 28 USCA 1404-A.. As shown in papers in complaint and files..
"Zalutsky v Kleinman" 747.F.Supp 457 (N.D.Ill 1990).
"Gibbs & Hill v Harbert" 745.F.Supp 993 (S.D.NY 1990).
"Bruce v V/st" 351.F.3d.1283 (9th 2003)..
"U.S. v Carb" 745.F.Supp 590 (C.D. 1990) Illegal Conduct est

1.

## "Interest of Justice"
### "Venue"

Courts may have subject matter jurisdiction to issue "Orders" and "Judgments" even if Venue is "Improper"..

"In re AP Industries Inc"
117. B.R. 789 (SDNY 1990)..

### "Venue"

Venue in action against state and federal defendants for "Deprivation" of constitutional rights presently lay in district that state defendant maintained official residence, where remaining defendants resided at different districts.. "28. USCA. 1392-A"..

"Neville J Dearie" 745. f.supp. 99 (NDNY 1990)..

### "Law of Transferor forum"

Applies following "transfer of Venue" for convenience of parties or witnesses in "Interest of Justice"..
28. USCA. 1404-A..

"Dahlberg J Harris" 916.f.2d. 443 (8th 1990)
"Bounds J Smith" 430. U.S. 817 (1977) Access to court..
"Biggs J Terhune" 334.f.3d. 910 (9th 2004)..

## "In Determining Appropriateness" of "Change of Venue"

When Determining whether Transfer of Venue is Appropriate, great weight should be given to "Plaintiff" choice of "Forum" particularly where Plaintiff is Resident of Judicial District where suit is Brought.

### "Kansas City v Kansas Gas"
747. F.Supp 567 (WD mo 1990)..

### CV-06-271-L

Rear Cool Case of USNL-S-San Diego California Refused the fact as to over "80 Legal" Letters "Withheld" "Opened" 2ct "Withheld up to "139 Days" willfully..

"Turner v Safely" 482. US. 78 (1987). Incoming Legal mail withheld Since 11-1-07..

See "Complaint" and "Record" of Complaint this court..

### "Relief Requested"

1. "Granting" forthwith "Transfer" "Change of Venue" to United States District Court - Northern where filed 12-17-07.. In CV-07-6379-JW..
2. And other Relief by this court.

Date 12-30-07    True against flood on disturb

Signature /s/ [signature]

3