1  Jimmie Stephen
   #C56483
2  P.O. Box 8101
   San Luis Obispo, CA 93409-8101

FILED

JAN - 3 2008

RICHARD W. [WIEKING]
CLERK, U.S. DISTRICT [COURT]
NORTHERN DISTRICT OF [CALIFORNIA]

Court of United States District
State of California - Northern

CASE # CU-07-6379
JW-PR

Jimmie Stephen - M. Belon
Plaintiffs

v.

Warren R. Hernandez
et al Defendants

"Supplement"
(Correction)
Motion to "Stay" "Transfer"
Venue If applicable
28 USCA # 1404-A
In U.S.D.C. Northern
"Present filing"

Plaintiff Stephen hereby request "Correction" as to motion for "Transfer" Venue to "Stay" "Transfer" "Venue" under 28 USCA-1404-A.. In CU-07-6379-JW IN U.S.D.C. Northern.

Motion for "Stay" in Present Court USDC-Northern "Bounds v Smith" 430. US. 817/1977)

TRUE ORIGINAL from a Petition

Date 12-30-07

Signature /s/ [signature]

1.