2-1-08

USAC-Northern
450 Golden Gate AV
San Francisco, California
94102-3483

1.. CU-07-6379-JW
2.. No CASE # SENT ??
"Stedley u Hoxie"

CLERK:

I HAVE 2 PENDING CASES this COURT ① CU-07-6379JW
SENT 6 month trust statement a ②#2 SENT 6 month trust
statement ALREADY.. No CASE# SENT "Stedley u Hoxie"..
Ⓐ   PLEASE MAKE SURE EACH ONE HAS COPY OF EACH
Trust Statement..

Ⓑ   PLEASE SEND CASE# of Stedley u Hoxie mi) filed
free street ect..
     "Bounas u Smith" 430. US. 817 (1977)..
     TRUE REINQUET FRAUD OR PERJURY

                                          James Stepher

DATE 2-1-08

CALIFORNIA DEPARTMENT OF CORRECTIONS
CALIFORNIA MENS COLONY
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: AUG. 01, 2007 THRU FEB. 05, 2008

ACCOUNT NUMBER : C56483                  BED/CELL NUMBER: EFAQB1F100001149X
ACCOUNT NAME   : STEPHEN, JINNIE EARL         ACCOUNT TYPE: I
PRIVILEGE GROUP: B

TRUST ACCOUNT ACTIVITY

<< NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

CURRENT HOLDS IN EFFECT

| DATE PLACED | HOLD CODE | DESCRIPTION | COMMENT | HOLD AMOUNT |
|---|---|---|---|---|
| 04/17/2007 | H106 | UNITED PARCEL SERVICE HOLD | 4498/501 | 3.07 |

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 3.07 | 0.00 |

CURRENT
AVAILABLE
BALANCE
---------------
3.07-
---------------
---------------

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 02-05-2008
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY Karen Mock   Acct Tech.
TRUST OFFICE

CALIFORNIA DEPARTMENT OF CORRECTIONS
CALIFORNIA MENS COLONY
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: AUG. 01, 2007 THRU FEB. 05, 2008


TOTAL NUMBER OF STATEMENTS PRINTED:          1

TOTAL CURRENT BALANCE FOR ALL THE STATEMENTS:      0.00