**CALIFORNIA MEN'S COLONY STATE PRISON**
**P.O. BOX 8101**
**SAN LUIS OBISPO, CA 93409-8101**

Name: JIMMIE STEPHEN

CDCR #: CSL4K3  Cell #: A-114G

CALIFORNIA MEN'S COLONY
STATE PRISON
SAN LUIS OBISPO CA 93409

02 1M  $ 00.41⁰
0004247478  FEB 06 2008
MAILED FROM ZIP CODE 93401

LEGAL

# STATE PRISON
# GENERATED MAIL

RECEIVED
FEB - 8 2008    JW
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FSP41-0077-1

United States District Court
450 Golden Gate Ave
San Francisco, California 94
3