2-9-08

USDC-N
450 Golden Gate Av
San Francisco, California

Jimmie Stephen C56483
A-1149
P. O. Box 8101
San Luis Obispo, California
93109-8101

Clerk:

Please Send "Status" of the following
filed cases ..

1 .. CV-07-6379-JW
2 .. CV-08-0744-JW
3 .. CV-08-0957-JW

**RECEIVED**
MAR 1 2 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Note: If "Trust Statements Received and
form A-Druetis ECF ..
or any other "Defects" ..
"Banks J Smith" 430. US. 817 (A77)
True Against Fraud on People

Date 2-9-08