CALIFORNIA MEN'S COLONY STATE PRISON
P.O. BOX 8101
SAN LUIS OBISPO, CA 93409-8101

Name: JIMMIE Stelther
CDCR #: C56483  Cell #: A-1149

**STATE PRISON
GENERATED MAIL**

CALIFORNIA MEN'S COLONY
STATE PRISON
SAN LUIS OBISPO CA 93409

02 1M    $ 00.41⁰
0004247478    MAR 10 2008
MAILED FROM ZIP CODE 93401

United States District co
450 Golden Gate A
San Francisco, California
94102-3

FSP41-0077-1

94102+3661