Jimmie Stellflug(?)
A-1149
P. O. Box 8101
San Luis Obispo, California
93409-8101

CALIFORNIA MEN'S COLONY
STATE PRISON
SAN LUIS OBISPO CA 93409

LEGAL

02 1M
0004247478
$ 00.58⁰
MAR 11 2008
MAILED FROM ZIP CODE 93401

United States District Co[urt]
450 Golden Gate A[ve]
San Francisco, Californi[a]
94102-348[?]

94102$3661 C004