Pages #
1-23

Jimmie Stephen, C56483
P.O. Box 8101
San Luis Obisbo, CA 93409-8101

**FILED**

MAR 2 1 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Court of U.S. District
State of California-Northern

CASE # CU-07-6379
JW (PR)

JIMMIE STEPHEN
Plaintiff

v

R. Hernandez
Et al Defendants

1. Sup "McDaniel"
2. Counselor "Ostro"   4. J. "McNeil"
3. L "Rhode"          5. Warden "Marshal"

Plaintiff Request to "Supp-
lement" Complaint under
FRCP #15

"Ongoing" "Retalitory" Penal-
ties, Pattern, Custom, Policy.

Plaintiff Stephen Hereby Request to "Supplement"
in CU-07-6379-JW under 28 USC, 1915 "Imminent Dan-
ger" Exception "Ongoing".. he "Commits" "Retaliation" at
"Time of filing" had Transfer to "CMC" of 3-27-07..

Defendants "McDaniel" mailroom Supervisor at "CMC"
under "Warden" Marshal "John and Jane Doe" Employees are
"Turner J Safely" 482, US, 78, (1987). Others and
"Wolff v McDonnell" 418, US, 539 (1969) same..

1

Responsible for "Mailroom" Duties. Incoming under "Turner" "McDonnell" whereas Pattern of CMC at RT Donovan under "Hernandez" and "Mailroom Supervisor" J. McNell" willfully "Withheld "Legal Mail" up to "139" Days over "80 times" since 5-1-05 ongoing at CMC as to Plaintiff "Prison Legal News" New Paper. Booklet under "McDaniel" since 6-1-07. As "Pattern".

All EMPLOYEES SUED in INDIVIDUAL and official Caprate. "200" Pages Legal Documents DESTROYED on 9-29-06..

Count # 2 — Counselor "Oshiro" at "CMC" Alleged on 6-14-07 and 7-20-07 as to "60" Days found in Audit as to Write-up of 8-9-05.. whereas Appeal 2nd Level withheld # CTD-3-05-01607 Willfully.. whereas Write-up of 8-9-05 Dismissed of 11-28-05..

"60" Days of 6-14-07 withheld for "2" Years under Warden "Hernandez" "Cota" and "Munoz" as Appeal Coordinators. Plaintiff Cope Stolen of SEGREGATION by Guards 11-27-05 "IMMINENT DANGER EXCEPTION" 28. USC. 1915.. under "McNell" and "Hernandez"..

Count # 3 — "L. Rowe" of Medical Workers at RT Donovan willfully with Hernandez Denied Serious Medical of Prescribed "EYEGLASSES" as "Deliberate" INDIFFERENCE". since 10-5-04 as "Pattern"..
On 9-29-06 Plaintiff "EYEGLASSES" willfully Destroyed

bp GUARDS as shows a Pattern) to "Retaliate"
for "Access to Court" or "filing" complaints Including
Grievances willfully..

As Glasses Refused on 4-17-07 at CMC
from Donovan Intake of 9-29-06. under warden
"Hernandez" willfully.. show me "Pattern".. for Imm-
inent Danger Exception" under 28.USC.1915..

As Acts of Refusing "Glasses" at CMC of 4-17-
07 bring "Warden Marshal" into Jurisdiction into
this Complaint.

"Deliberate Indifferate "Reckless Disregard".

"Retaliatory Practices as Pattern"..

as on "Enemy List".

"Ashley v Dilworth" 147.f3d.715-17 (8th 1998) Imminent
Danger Exception satisfied when confined with others on
Enemy List..

As CMC - under "Marshal" Houses "Others Deemed a
"Legal threat" Serious Medical" Including "A.I.D.S."& "TB" etc.

As Pattern) of Retaliation Existed on Plaintiff since
1995 ongoing for "Legal Complaint" etc ongoing.. 3-18-08..

"Carson v West" 320.f3d.1235-46 (11th 2003) Imminent Danger

TRUE Damest Fraud or Perjury

Date 3-18-08

EXHIBIT 6

3

**INMATE/PAROLEE**
**APPEAL FORM**
CDC 602 (12/87)

| Location: Institution/Parole Region | Log No. | Category |
|---|---|---|
| 1. _____ | 1. _____ | _____ |
| 2. _____ | 2. _____ | _____ |

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|---|---|---|---|
| JIMMIE STEPHEN | C56483 | UA | A-1149 |

**A. Describe Problem:** ON OR About 10-1-07 I Sent VIA Institution mail one "Letter to CMC-mailroom" Requesting my end all Information whether Received my "Prison Legal News" A subscription newsletter.. As Havent Seen Since June 2007.. As Prison Legal News of Seattle washington State they Are Sending my newsletter VIA U.S. mail. As Access to court Hendered by this act of censorship..

If you need more space, attach one additional sheet. "Banks J Smith" 430, US, 817 (1973)

**B. Action Requested:** (1) Investigation into this matter As to my Legal mail newsletter subscription..

Inmate/Parolee Signature _Jimmie Stephen_    Date Submitted: 10-10-07

**C. INFORMAL LEVEL (Date Received: 10-12-07 )**

Staff Response: _Granted, Several inmates are not receiving their prison legal news, we are working with the publisher to find the problem._

Staff Signature: _McDaniel_    Date Returned to Inmate: 10-17-07

**D. FORMAL LEVEL**
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

_____
_____
_____
_____

Signature: _____    Date Submitted: _____

Note: Property/Funds appeals must be accompanied by a completed
Board of Control form BC-1E, Inmate Claim

CDC Appeal Number: _____

Oct 14 2007
CMC APPEALS OFFICE

4
33



SEATTLE WA 981
**Prison Legal News**
2400 NW 80ᵗʰ St #148
Seattle, WA 98117



34719 ** BLUE 6 ** EXPIRES:12/15/2007
JIMMIE STEPHEN    C56483
CALIFORNIA MENS COLONY STATE PRISON
PO BOX 8101    A-1149
SAN LUIS OBISPO, CALIFORNIA 93409-8101

Dear *PLN* Subscriber:

We received your inquiry about a missing issue(s) of PLN. We have determined the most likely problem to be the following:

☐  We did not receive your address change in time.
☐  We did not receive your renewal in time.
☐  We did not have your current correct address.
☐  The issue had not been mailed yet at the time of your inquiry.
☐  It takes 4-6 weeks to receive the first issue of a new subscrip tion or for a change to reflect on your label.
☒  You should be getting your subscription. If you are a prisoner check with the prison mailroom.
☐  Your subscription was pro-rated.  See pg 2 of PLN for rates.

Your subscription to PLN expires on the date indicated on the mailing label on this card. Please check this label and verify that this is your correct address, and inform us if it is not.

Make-up issues are $2.50 each and are mailed first class.

5

$0.06

Jimmie Stephen  C#56483
P. O. Box 799003
San Diego, CA92179-9003

SUPERIOR COURT OF CALIFORNIA
San Diego
330 W. Broadway
P.O. Box 120128
San Diego, CA 92112-0128

RETURN SERVICE REQUEST

LEGAL

Rec. 12-28-05
DATED 8-2-05
139 DAYS  6-217
LAWSUIT / STEPHENS USHCLAN

LEGAL  (NON)

STEPHEN V. SHELAR

LAWSUIT
RECEIVED  12-28-05
DATED  8-2-05
"139"  DAYS  LATE

6



JIMMIE STEPHEN C56483
2-7-238
P.O. BOX 799002
SAN DIEGO, CA 92179-9002

7



0526
U.S. POSTAGE
METER
7157336
SAN DIEGO, CA
AUG 08 '05

PRESORTED
FIRST CLASS

RETURN SERVICE
REQUESTED

Legal Mail
"Received (12-21-05)
Dated 8-8-05
"133" Days Late.

JIMMIE STEPHEN
C56483
P.O. BOX 799003
SAN DIEGO, CA 92179-9003

FADFSMA 92179



Superior Court of California
County of San Diego
COUNTY COURTHOUSE
220 WEST BROADWAY
SAN DIEGO CA 92112-0128
PO BOX 120128
DEPARTMENT 64

SAN DIEGO CA 921

01 SEP 05 PM 8 1.

SEP 01 '05

60-0234

Jimmie Stephen, CDC #C-56483
R. J. Donovan Correctional Facility at Rock Mountain
P.O. Box 799003
San Diego, CA 92179-9003

92179+9003-03 B001

STATE OF CALIFORNIA
DEPARTMENT OF JUSTICE
OFFICE OF THE ATTORNEY GENERAL
110 WEST A STREET, SUITE 1100
P.O. BOX 85266
SAN DIEGO, CA   92186-5266

LEGAL
Dated 9-1-05
Received 12-21-05
"110" Days Late

9



#24

2172-WBW-

DEPARTMENT OF JUSTICE
Office of the Attorney General
110 West "A" Street, Suite 1100
San Diego, California 92101

TO

Jimmie Stephen, CDC #C-56483
R. J. Donovan Correctional Facility at Rock
Mountain
P.O. Box 799003
San Diego, CA 92179-9003

FIRST CLASS

LEGAL
DATED 8-5-06
RECEIVED 12-22-06
"135" DAYS LATE



E

CHIEF, INMATE APPEALS
DEPARTMENT OF CORRECTIONS
P.O. BOX 942883
SACRAMENTO, CA 94283-0001

J. CONFIDENTIAL

92173*0002-99

FIRST CLASS



02 1A
0004359319
MAILED FROM ZIP CODE 95814
UNITED STATES POSTAGE
$00.500
SEP 06 2005
PITNEY BOWES

#2-62176
Letter
Dated 9-6-05
Received 12-21-05
"105" Days Late



THE SUPREME COURT
OF THE STATE OF CALIFORNIA
350 McALLISTER STREET
SAN FRANCISCO, CA 94102-4797

LEGAL.

DATED 8-5-05

RECEIVED 12-21-05

"139" DAYS LATE

≡106≡ U.S. POSTAGE

METER
7139498

SAN FRANCISCO
JUL 22 05 CA

14-129U

S115222 JIMMIE STEPHEN C-56483
P. O. Box 799003
Richard J. Donovan Correctional Facility
480 Alta Road
San Diego, CA 92179-9003

Legal
RECEIVED 10-27-05
Dated 7-22-05
"96" Days Late

Supreme Court of California
Clerk of the Court
350 McAllister Street
San Francisco, CA 94102-4707

THE SUPREME COURT
OF THE STATE OF CALIFORNIA
350 McALLISTER STREET
SAN FRANCISCO, CA 94102-4797

LEGAL
RECEIVED 10-27-05
Dated 7-22-05
"96" Days Late

F

*OPTOMETRIST*

Seen on 11-27-06

# INMATE/PAROLEE
# APPEAL FORM
CDC 602 (12/87)

Location: Institution/Parole Region        Log No.                    Category

1. _____        1. _____        _____

2. _____        2. _____        _____

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|------|--------|-----------|-----------------|
| JIMMIE STEPHEN | C564 83 | AD-SEG | 6-227 L |

A. Describe Problem: ON 10-5-06 I WAS REFERRED to SEE OPTOMETRIST FOR PRESCRIPTION EYE GLASSES BASED On WILLFULLY DESTROYING of MANDATORY READING DEVICE CALLED EYEGLASSES of 9-29-06 LIBRARY WAS told it WOULD TAKE 2 WEEKS Its BEEN A month HAVENT SEEN "OPTOMETRIST", AS C/O TANSEY RETRIEVED 10 YEAR OLD EYEGLASSES FROM PROPERTY ON 10-20-06, OUTDATED.

If you need more space, attach one additional sheet "ESTELLE VGAMBLE" 429, US, 97 (1976)

B. Action Requested: ① ACCESS to RIGHT to READ AND DO LEGAL WORK without STRAINING & HEADACHES.
② ANY OTHER RELIEF.

Inmate/Parolee Signature: *Jimmie Stephen*        Date Submitted: 10-31-06

C. INFORMAL LEVEL (Date Received): 11-3-06

Staff Response: You were seen by the optometrist on 9/12/06 and are currently pending to be scheduled to see the optometrist again. Therefore your request is granted in that you will be seen by the optometrist for glasses

Staff Signature: _____    Medical Appeals Analyst    Date Returned to Inmate: 11-21-06

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

" Came to SEGREGATION on 9-29-06 "

SAW OPTOMETRIST 11-27-06

Signature: APPEAL DENIED 12-4-06        Date Submitted: _____

Note: Property/Funds appeals must be accompanied by a completed        CDC Appeal Number:
Board of Control form BC-1E, Inmate Claim

Ⓓ

26                                                        16

STATE OF CALIFORNIA                                                                    DEPARTMENT OF CORRECTIONS

# INMATE/PAROLEE
# APPEAL FORM
CDC 602 (12/87)

| | Location: Institution/Parole Region | Log No. | Category |
|---|---|---|---|
| | 1. RJD | 1. 04-1553 | Medical |
| | 2. | 2. | |

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|---|---|---|---|
| JIMMIE STEPHEN | C#56483 | LAUNDRY | 13-113 UP |

A. Describe Problem: APPEALING THE FACT THAT IVE REQUESTED TO SEE "OPTOMETRIST" FOR APPROXIMATELY "9" MONTHS HERE AT R.J. DONOVAN CORR. FACILITY WITH OUT RESULTS..THEREFORE DEPRIVING ME ACCESS TO LIFES NECESSITIES AS FAR AS VIEWING IS CONCERNED..AND LIFES LUXURIES OF VIEWING OR READING THINGS IN LAW LIBRARY TO HELP ME FIGHT MY CONVICTION ECT..THEREBY FURTHER "INJURING" PETITIONER..WITH MALICE AFORETHOUGHT..MY "EYES" HAVE GOTTEN WORSE SINCE IVE REQUESTED TO BE SEEN TO A POINT OF NEEDING "SURGERY" AS I PRESENTLY WEAR "BIFOCALS" AND HAVE BEEN TOLD "SURGERY WOULD BE DOWN THE ROAD, IN MY FUTURE.

If you need more space, attach one additional sheet.                    TITLE 15 ART "3350""3350-2"

B. Action Requested: "OUTSIDE" TREATMENT AS R.J. DONOVAN HAS NEGLECTED THIS PROBLEM TOO LONG..AND TO VERIFY WHETHER "SURGERY" IS AN OPTION..AS CONSTANT EYE HEADACHES, RUNNY EYES, ARE SOME OF THE SYMPTONS..AS WELL AS "BLURRED" VISION..NEEDING IMMEDIATE ATTENTION..

Inmate/Parolee Signature: _Jimmie Stephen_                    Date Submitted: 8-23-04

C. INFORMAL LEVEL (Date Received: 10-3-04 )

Staff Response: You must be refered by your facility physician if he or she feels that your ___ condition warrents an "outside" evaluation the referal will be prepared and scheduled.

Staff Signature: _D Poupe_  HCM                    Date Returned to Inmate: 10-5-04

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

My Problem is EVERYDAY SEEING correctly without Limitations HERE at R.J. DONOVAN, for Past 11 months now ongoing, since AROUND November 2003.. An outside Optometrist is on the seeing Optometrist, Doctors HERE, It's not my call, But I'm Requesting..

Signature: _Jimmie Stephen_                    Date Submitted: 10-22-04

Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim                    CDC Appeal Number:

25                    (D)                    | 17 |

```
LEGAL STATUS SUMMARY  TYPE-  D      CMC       ** DISCREPANT **07/20/2007 21:34
-----------------------------------------------------------------------------
 CDC NUMBER  |  NAME                          |ETHNIC |   BIRTHDATE
  C56483     |  STEPHEN,JIMMIE,EARL           | BLA   |   07/18/1952
-----------------------------------------------------------------------------
 ACA STEPHENS,JIMMIE
 ACA STEPHENS,JIMMIE,EARL
-----------------------------------------------------------------------------
 TERM STARTS  |  LIFE TERM STARTS    MIN ELIGIBLE PAROLE DTE  |
  04/22/1991  |   09/09/2001            09/09/2011            |
-----------------------------------------------------------------------------
                                                     |   PAROLE PERIOD
 BASE TERM 15/00 + ENHCMNTS  20/00 = TOT TERM  35/00 TO LIFE |LIFE
-----------------------------------------------------------------------------

 PRE-PRISON + POST SENTENCE CREDITS
 CASE    P2900-5 P1203-3 P2900-1 CRC-CRED MH-CRED P4019  P2931 POST-SENT  TOT
-----------------------------------------------------------------------------
 A714077      674                            336               11   1021

 PC296 DNA COMPLETED
 NOTIFICATION REQUIRED PER P3058.6

 DOC. HEARING:   /        DEFENSE ATTORNEY: KESSEL, A.
 INIT. HEARING: 09/2010   INVESTIGATING AGENCY:  PD/LA

-----------------------------------------------------------------------------
 RECV DT/ COUNTY/   CASE    SENTENCE DATE              CREDIT      OFFENSE
 CNT      OFF-CODE  DESCRIPTION                        CODE          DATE
-----------------------------------------------------------------------------
 CONTROLLING PRINCIPAL & CONSECUTIVE   (INCLUDES ENHANCEMENTS/OFFENSES):

 --CONTROLLING CASE --
 4/22/1991  LA   A714077      4/10/1991
                 03 P667.5(B) PPT-NV                      1
                 03 P667(A)    01 PFC SERIOUS             1
   01 P187 2ND   MURDER 2ND                              32   06/06/1989
                 (O)WPN
                 12022.5 USE                              1

-----------------------------------------------------------------------------
 IWTIP WAIVER              BEGINNING   CREDIT    TOTAL   TOTAL     NET
    DATE                    BALANCE   APPLIED    LOST  RESTORED   TOTAL
 04/22/1991                  2447      2537      360    330       2507

 CREDITS AUTO RE-VESTED PER PC-2934 :     5
-----------------------------------------------------------------------------
 TRAN                                    RULE      VIOL
 TYPE     DATE       END DATE   LOG NUMBER  NUMBER  CAT    DAYS
-----------------------------------------------------------------------------
 WCR   07/03/2007              F305410                      60
-----------------------------------------------------------------------------

-----------------------------------------------------------------------------
```

****** CONTINUED ******

*wcr per 1286 of 7-3-07. eprd Recalc'd.*          18

| CDC NUMBER | NAME |
|---|---|
| C56483 | STEPHEN,JIMMIE,EARL |

| TRAN TYPE | DATE | END DATE | LOG NUMBER | RULE NUMBER | DAYS ASSESS | LOST | REST | DEAD |
|---|---|---|---|---|---|---|---|---|
| CON | 02/01/1983 | | ******BEG BAL******* | | | | | |
| ADD | 11/19/1982 | | A623116 | | | | | |
| ADD | 12/21/1984 | | A755003 | | | | | |
| ADD | 04/22/1991 | | A714077 | | | | | |
| ADD | 04/22/1991 | | A714077 | | | | | |

     CURRENT PC BALANCE:    457             CURRENT BC BALANCE:    1370

19

## INMATE APPEAL ROUTE SLIP

To: F3

Date: October 17, 2005

*14-12 PU*

From: INMATE APPEALS OFFICE

Re: Appeal Log Number  RJD-3-05-01607  By Inmate  STEPHEN, C56483

Please assign this appeal to appropriate staff for SECOND level response.

Appeal Issue:  DISCIPLINARY
Due Date:  11/28/2005
Special Needs:

STAFF INSTRUCTIONS:
Second level appeals require a personal interview if not afforded at the first level. Begin your response with: GRANTED, DENIED, PARTIALLY GRANTED or WITHDRAWN. When complete, return to Appeals Office. Appeals that are incomplete will be returned to the responding staff for appropriate completion. Refer to D.O.M. 54100 for instructions.

J. T. Stovall
Inmate Appeals Coordinator
R.J. Donovan Correctional Facility



20

**PRIORITY DUCAT** *notlater*                  **DATE:** 4/17/2007

*VALID   DURING HOURS OF ASSIGNMENT*                           *2:00*
FAILURE TO SHOW CAN RESULT IN A CDC-115

**CDC#:** C-56483  **Name:** Stephen                  **Room:** 1119X

**PASS TO:**                    GLASSES EAST

**REASON:**            Nurse: Medical App...

    **TIME:**            8:00 AM

Job Info / Note: A-QD DN RM   0600-0900/1100-1300/17...-1900   Mon/Tue

>> "S" Time Given During Absence From Assignment <<

19



22

*Matthew L. Cate, Inspector General*        *Office of the Inspector General*

March 28, 2005

Jimmie Stephen, C-56483
Richard J. Donovan Correctional Facility
480 Alta Road
San Diego, CA 92179

Dear Mr. Stephen:

The Office of the Inspector General has received your correspondence postmarked February 8, 2005. In your letter, you allege inmate John Young, T-71261, was murdered by correctional staff. Additionally, you allege your property was confiscated, and you site problems with your trust account.

A limited inquiry was conducted into the homicide of inmate Young, and it was determined that an investigation is currently being conducted by another agency; therefore, it would be inappropriate for our office to intervene at this time.

As for your property and trust account issues, we determined that these issues could be more effectively addressed through a general approach rather than individually. Given the volume and complexity of the complaints we receive, it is not possible for us to fully research and respond separately to each complaint. Therefore, we attempt to focus our audit and investigative resources on issues where the greatest needs exist. We believe that in this way we can provide the greatest benefit to you and others who have been affected. We have therefore included your concerns in our computer database for further review and analysis. If we conduct an audit or investigation of the issues you raise, you may be contacted later.

Meanwhile, we encourage you to continue to try to use available administrative remedies, such as the CDC-602 inmate/parolee appeal process. If you have questions about the process or the status of your appeal, please contact your correctional counselor for advice and assistance.

Thank you for bringing your concerns to our attention.

Sincerely,

REGIS LANE
Deputy Inspector General

RL:vh:05-0011704-01

32
*Arnold Schwarzenegger, Governor*

23

Jimmie Steffen C56483
A-1169
P. O. Box 8101
San Luis Obispo. California
93409-8101

CALIFORNIA MEN'S COLONY
STATE PRISON
SAN LUIS OBISPO CA 93409



02 1M
0004247478        MAR 19 2008
MAILED FROM ZIP CODE 93401

$ 01.31⁰

United States District Court
450 Golden Gate Av
San Francisco. California
94102-3

9410283661 C004