NO

3-26-08
RECEIVED
2008 MAR 31 PM 3:26
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

Jimmie Earl Stephen    C56483
California Men's Colony State Prison
P. O. Box 8101
San Luis Obispo, Ca 93409-8101

CV07-06379 JW

3 - Pending Cases

Clerk:

I received on 3-25-08 copy of document entitled "Select A Case" What is this for ?? Who requested this document ?? etc..

And "Stephen v Hoxie" CV-08-0744-JW was "Not Listed" please give reason.. ??

Is this case on "Computer" ??

As I have "3 Cases" and "Stephen v Rolman" is "Not" Pending.. ??

Is this an Error..
Thank you Please Respond

Jimmie Stephen C56483
4-1149
P. O. Box 8101
San Luis Obispo, California
93409-8101

CALIFORNIA MEN'S COLONY STATE PRISON
P.O. BOX 8101
SAN LUIS OBISPO, CA 93409-8101

Name: JIMMIE Stephen
CDCR #: C56483  Cell #: A-1149

**STATE PRISON
GENERATED MAIL**

FSP41-0077-1

CALIFORNIA MEN'S COLONY
STATE PRISON
SAN LUIS OBISPO CA 93409

02 1M          $ 00.41⁰
0004247478    MAR 27 2008
MAILED FROM ZIP CODE 93401

LEGAL

United States District Court
280 South 1st St Rm
San Jose, California 95113