3-24-08

U.S.D.C. - N
450 Golden Gate AV
San Francisco, Calif.

Please Send "Status" of 3 following cases

1.. "Stephen v Hernandez" CV-07-6379-JW
2.. "Stephen v Hoxie" CV-08-0744-JW
3.. "Stephen v Brand" CV-08-0957-JW

RECEIVED
MAR 0 8 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

A.. I need "Docket Sheets" if available..
or Total number motions "filed".?
for "Access to Court"..

B.. "Status" of each case??

C.. "Ruling Date of each case"??

"Bounds v Smith" 430.US.817 (1977)..
"Biggs v Terhune" 334.F2d.910 (9th 2004)..
True against fraud on perjury

Date 3-25-08

[signature]