

Jimmie Shepherd C56448
A-1149
P. O. Box 8101
San Luis Obispo, California
93409-8101

CALIFORNIA MEN'S COLONY
STATE PRISON
SAN LUIS OBISPO CA 93409

UNITED STATES POSTAGE
PITNEY BOWES
02 1M          $ 00.41⁰
0004247478    MAR 26  2008
MAILED FROM ZIP CODE 93401

LEGAL

United States District Court N
450 Golden Gate AV
San Francisco, California 9
3

94102$3661 C004