**UNITED STATES DISTRICT COURT**
**Northern District of California**
280 South First Street
San Jose, California 95113

---

www.cand.uscourts.gov

Richard W. Wieking  General Court Number
Clerk  408.535.5364

April 22, 2008

Address:
U.S. District Court
Southern District of California
Office of the Clerk
880 Front Street, Suite 4290
San Diego, CA 92101-8900

RE: CV 07-06379 JW Stephen -v- R. Hernandez

Dear Clerk,

    Pursuant to an order transferring the above captioned case to your court, transmitted herewith are:

- ☒ Certified copy of docket entries.
- ☒ Certified copy of Transferral Order.
- ☒ Original case file documents.
- ☒ Please access the electronic case file for additional pleadings you may need. See the attached instructions for details.

Please acknowledge receipt of the above documents on the attached copy of this letter.

                                  Sincerely,
                                  RICHARD W. WIEKING, Clerk


                                  by: <u>Cindy Vargas</u>
                                  Case Systems Administrator

Enclosures
Copies to counsel of record